UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **In re**<br>**GLENN W. BEVER,**<br>Debtor<br>───────────────────────<br>**STEVEN H. LUCORE, SR.,**<br>Appellant<br>v.<br>**CITIMORTGAGE, INC.,**<br>Appellee | **CASE NO. 1:18-CV-1232 AWI**<br>**BANKR. CASE NO. 18-10973-B-13**<br>**ORDER DISMISSING APPEAL** |

Appellant Steven H. Lucore, Sr. initiated an appeal from an order of the bankruptcy court on September 7, 2018. Doc. 1. Unfortunately, there was an error in the records and the Clerk's Office did not have his Appellant's correct address on file. The problem was remedied and Appellant's address was updated on February 1, 2019. The court issued an order directing Appellant to complete the record on appeal by March 27, 2019 while warning him that failure to take this step would result in dismissal of the appeal for lack of prosecution. Doc. 8. Appellant has not completed the record on appeal or otherwise contacted the court. In general, "justice is better served when controversies are decided on their merits rather than procedural technicalities." Sierra Switchboard Co. v. Westinghouse Elec. Corp., 789 F.2d 705, 707 (9th Cir. 1986), quoting In re Bienert, 48 B.R. 326, 327 (N.D. Iowa 1985). However, Appellant appears to have abandoned the case. "The district court has the inherent power sua sponte to dismiss a case for lack of prosecution." Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986), citations

omitted.

Given these circumstances, the appeal is DISMISSED.

IT IS SO ORDERED.

Dated:   May 3, 2019                              _____
                                                  SENIOR DISTRICT JUDGE